

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00082-CV

| | | |
|---|---|---|
| TEODORO PEREZ, Appellant | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-288801-16) |
| V. | | |
| | § | September 17, 2020 |
| DINA RENEE JOHNSON, Appellee | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the trial court's judgment is affirmed in part and reversed and remanded in part. We reverse the trial court's judgment on Appellant Teodoro Perez's negligence claim regarding damages for physical pain and suffering only, and we remand this case to the trial court on that claim for further proceedings consistent with our opinion. We affirm the remainder of the trial court's judgment.

It is further ordered that each party must bear their own appellate costs.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Elizabeth Kerr_____
       Justice Elizabeth Kerr